# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

411

KAH 13-00519

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND VALENTINO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
DAVID F. TUSZYNSKI, PETITIONER-APPELLANT,

V                                        MEMORANDUM AND ORDER

SUPERINTENDENT DAVID STALLONE, CAYUGA
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

---

CHARLES A. MARANGOLA, MORAVIA, FOR PETITIONER-APPELLANT.

DAVID F. TUSZYNSKI, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARTIN A. HOTVET OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment (denominated order) of the Supreme Court,
Cayuga County (Mark H. Fandrich, A.J.), entered October 29, 2012 in a
habeas corpus proceeding. The judgment denied the petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Memorandum: Supreme Court properly denied the petition for a
writ of habeas corpus. Petitioner's contentions were, or could have
been, raised on direct appeal from the judgment of conviction or in a
motion pursuant to CPL article 440, and thus habeas corpus relief is
unavailable (*see People ex rel. Montgomery v Artus*, 114 AD3d 1171,
1172; *see also People v Tuszynski*, 71 AD3d 1407, *lv denied* 15 NY3d
810). Additionally, "petitioner has shown no reason to justify a
departure 'from traditional orderly procedure' " (*People ex rel.
Lanfair v Corcoran*, 60 AD3d 1351, 1351, *lv denied* 12 NY3d 714; *see
People ex rel. Johnson v Fischer*, 69 AD3d 1100, 1101, *lv denied* 14
NY3d 707, *rearg denied* 15 NY3d 745). We have reviewed petitioner's
contention in his pro se supplemental brief, and we conclude that it
also could have been asserted on direct appeal or in a postconviction
motion.

Entered:  May 2, 2014                          Frances E. Cafarell
                                               Clerk of the Court